**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN L. OUTIN,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendants.

No. C 10-1764 SI

**ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)**

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *Outin v. Astrue,* 07-3781 CW, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d).

**IT IS SO ORDERED.**

Dated: April 27, 2010

                                      SUSAN ILLSTON
                                      United States District Judge