1  MARY A. GILG, SBN 205717
   Homeless Action Center
2  3126 Shattuck Avenue
3  Berkeley, CA 94703
   Telephone: (510) 540-0878
4  Facsimile: (510) 540-0403

5  Attorney for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

MARVIN L. OUTIN,                )
                                )  Civil No. 10-1764 - CW
        Plaintiff,              )
                                )
    v.                          )  STIPULATION AND ORDER EXTENDING
                                )  PLAINTIFF'S TIME TO FILE MOTION
MICHAEL J. ASTRUE,              )  FOR SUMMARY JUDGMENT
                                )
Commissioner of Social Security,)
                                )
        Defendant.              )
                                )

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 30 days in which to file a Motion for Summary Judgment in response to Defendant's Answer. . Plaintiff's motion was due on October 29, 2010. Plaintiff's response is now due on November 29, 2010.

/
/
/
/

Stipulation and Order Extending Plaintiff's Time to File - C-10-1764-CW

1  Dated: October 22, 2010

```
                                    _____
                                    MARY A. GILG
                                    Attorney for Plaintiff
```

```
                                    MELINDA L. HAAG
                                    United States Attorney
```

8  Dated: October 22, 2010

```
                                         /S/
                                    _____
                                    Signed per email authorization
                                    THEOPHOUS H. REAGANS
                                    Special Assistant United States Attorney
```

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17  Dated:  **10/26/2010**

```
                                    _____
                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE
```

Stipulation and Order Extending Plaintiff's Time to File - C-10-1764-CW