David Waggoner, State Bar No. 242519
Homeless Action Center
Mary A. Gilg, State Bar No. 205717
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA   94705
(510) 540-0878 (Tel.)
(510) 540-0403 (Fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. OUTIN,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | CIVIL NO. CV 10-1764 CW<br><br>ORDER FOR SUBSTITION OF COUNSEL |

**ORDER**

Plaintiff's motion for substitution of counsel having been considered, and plaintiff having requested and consented to the proposed substitution of counsel, Plaintiff's motion for substation of counsel is hereby GRANTED.

Mary A. Gilg is now attorney of record for Mr. Outin.

-1-

MOTION FOR SUBSTITUTION OF COUNSEL and
~~PROPOSED~~ ORDER

1

2  IT IS SO ORDERED.

3

4  _____     _____ **1/6/2011** _____

5

6  Hon. Claudia Wilkins                                    Date

7  District Court Judge for the

8  Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

MOTION FOR SUBSTITUTION OF COUNSEL and
~~PROPOSE~~D ORDER