1  MELINDA L. HAAG
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                                UNITED STATES DISTRICT COURT
9
                              NORTHERN DISTRICT OF CALIFORNIA
10

11

12 MARVIN L. OUTIN,                    )    CIVIL NO. 10-01764-CW
                                       )
13      Plaintiff,                     )    MOTION FOR EXTENSION OF TIME TO
                                       )    FILE DEFENDANT'S CROSS-MOTION
14      v.                             )    FOR SUMMARY JUDGMENT; ~~PROPOSED~~
                                       )    ORDER
15 MICHAEL J. ASTRUE,                  )
   Commissioner of                     )
16 Social Security,                    )
                                       )
17      Defendant.                     )
   _____)
18

19      Defendant, through his attorney undersigned, moves this Court for an Order granting

20 Defendant an additional forty-five days to respond to Plaintiff's Motion for Summary Judgment, up

21 to and including February 7, 2011. Defendant, seeks an extension by motion rather than by

22 stipulation because Defendant is unable to reach Plaintiff's counsel by telephone to obtain her

23 authorization to stipulate.

24 ///

25 ///

26 //

27 ///

28 ///
   ///

1. This request is being made because counsel for Defendant needs additional time to review this case.

2.

3.                                           Respectfully submitted,

4. Dated: December 22, 2010               MELINDA L. HAAG
                                          United States Attorney
5.                                        LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
6.                                        Social Security Administration

7.                                    By: /s/ *Theophous H. Reagan*s
                                          THEOPHOUS H. REAGANS
8.                                        Special Assistant U.S. Attorney

9.                                        Attorneys for Defendant

10.

11. **IT IS SO ORDERED:**

12.

13. Dated:  **1/6/2011**
                    _____           _____
14.                                          THE HONORABLE CLAUDIA WILKEN
                                             United States District Court Judge

15.

[lines 16–28 blank]

2