1  MELINDA L. HAAG, CSBN 132612
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER K. THOMPSON, HSBN 5890
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Telephone:  (415) 977-8959
        Facsimile:  (415) 744-0134
7       E-Mail: Peter.Thompson@ssa.gov

8  Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN L. OUTIN,<br><br>     Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>     Defendant. | CIVIL ACTION NO.: 4:10-CV-01764-CW<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE A MOTION AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a second extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment.  The new due date for Defendant's response will be March 9, 2011.  Defense counsel needs the additional time to further review the defensibility of this case.

///

///

///

///

1 | Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

Respectfully submitted,

Dated: February 4, 2011        */s/ Mary A. Gilg*
(By email authorization on 2/4/11 at 11:04 A.M.)
MARY A. GILG
Attorney for Plaintiff


MELINDA L. HAAG
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

Dated: February 4, 2011    By:    /s/ *Katherine R. Loo for Peter K. Thompson*
PETER K. THOMPSON
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:

LYNN M. HARADA
Assistant Regional Counsel
United States Social Security Administration


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  **2/7/2011**

ClaudiaWilken
THE HONORABLE CLAUDIA WILKEN
United States District Court Judge